```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEATHER HAGAN, et al.           :    CIVIL ACTION
                                :
          v.                    :
                                :
ROCHELLE BILAL, et al.          :
                                :    NO. 11-4343
```

ORDER

AND NOW, this 20th day of July, 2012, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 19), the plaintiffs' opposition (Docket No. 23), and the reply thereto (Docket No. 24), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  Judgment is hereby entered in favor of the defendants and against the plaintiffs.  This case is closed.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```